**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**THE PHELPS LAW GROUP**
Marc H. Phelps, Esq. (237036)
marc@phelpslawgroup.com
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-9111
Facsimile: (949) 260-4754

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

*Attorneys for Plaintiff*
Bianca Carter

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIANCA CARTER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED TECHNOLOGIES CORPORATION D/B/A INTERLOGIX,**<br><br>Defendant. | **Case No.:**  SACV14-01055 CJC (ANx)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (A)** |

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Plaintiff BIANCA CARTER ("Plaintiff") hereby moves to dismiss this action without prejudice.

On February 19, 2014, Plaintiff's counsel lodged an action in the United States District Court, Central District of California entitled *Edward Makaron, Individually and on Behalf of All Others Similarly Situated v. GE Security Manufacturing Inc., et al.*, court case no.: CV14-1274 GW (AGRx) ("*Makaron*") alleging similar violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TPCA").

Thereafter, Plaintiff lodged this action on July 9, 2014.

In investigating both matters, Plaintiff's counsel determined that the same entity engaged in the conduct as alleged in both this action and *Makaron*. As such, Defense counsel, Rebecca J. Wahlquist, Esq. of Snell & Wilmer L.L.P., informed Plaintiff's counsel that the same evidence would be discovered and the same Motions would be filed in each action should both matters proceed concurrently. Thus, Plaintiff agreed to dismiss this action without prejudice and name Plaintiff Bianca Carter as an additional plaintiff in *Makaron* in the interest of judicial economy.

Based upon the discussion above, Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Date: August 27, 2014                    **KAZEROUNI LAW GROUP, APC**


By: _____/s/ Matthew M. Loker_____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626