JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIANCA CARTER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED TECHNOLOGIES CORPORATION D/B/A INTERLOGIX,**<br><br>Defendant. | Case No.: SACV14-01055 CJC (ANx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based upon Plaintiff's unilateral dismissal request, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 28, 2014

_____
HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE